**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EDWARD MITCHELL,** | : | CIVIL NO. 1:CV-09-2548 |
| Petitioner, | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| **JEROME WALSH, et al.,** | : | |
| Respondents | : | |

## ORDER

**AND NOW,** this 30th day of September, 2014, upon consideration of Petitioner's motion to lift stay (Doc. No. 55), **IT IS HEREBY ORDERED THAT** within fourteen (14) days, Petitioner shall confirm to the Court that it is his desire to have the stay lifted in this action, and that he is aware of any consequences of his decision to do so.  If Petitioner fails to respond, the Court will enter an order lifting the stay, as Petitioner has requested.

        S/ Yvette Kane
        YVETTE KANE, District Judge
        Middle District of Pennsylvania